No. 189. EX PARTE MIGUEL GUERRA, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial personal otorgada

por Don Arturo y Don Gabriel Guerra por escritura No. 151 de diciembre 10, 1913, ante el notario Francisco de la Torre. Resuelto en diciembre 11, 1913. Denegada la aprobación de dicha fianza por los motivos consignados en la resolución. El peticionario compareció en nombre propio.